UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10976-RWZ

GENNADIY N. GORBATOV
and
VALENTINA P. GORBATOVA, *Legal Guardian of Mr. Gennadiy P. Gorbatov*

v.

GREATER LYNN SENIOR SERVICES, INC.,
a/k/a GLSS, INC.

ORDER
February 21, 2012

ZOBEL, D.J.

The complaint states that plaintiff Gennadiy N. Gorbatov is a qualified person with permanent physical and mental disabilities, but that defendant, Greater Lynn Senior Services, has "refused/ignored [his] requests to renew his Federal Medicaid Home and Community Based Waiver (HCBW) for the next 5 years" in violation of the Social Security Act, 42 U.S.C. §1396n(c) and the regulations promulgated thereunder. He seeks an order reinstating plaintiff's "Federal Medicaid HCBW" as well as damages.

Although Mr. Gorbatov is the plaintiff, the action is being prosecuted by Mrs. Valentina P. Gorbatova, his legal guardian. In a memorandum and order dated August 1, 2011, the court explained that Mrs. Gorbatova, who does not claim to be a lawyer, is not authorized to represent her husband. Unless an attorney enters an appearance on

behalf of Mr. Gorbatov by March 9, 2012, this case will be dismissed.[1]

    February 21, 2012                            /s/Rya W. Zobel
          DATE                                    RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE

---

[1] The court's earlier deadline for plaintiff to secure counsel was interrupted by plaintiff's appeal.  He is therefore granted this additional time.